IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN E. LIGHTFEATHER,

Plaintiff,

vs.

NEBRASKA       CORRECTIONAL
SERVICES,   and     PHYSICIAN
MEDICAL DOCTOR JOHNSON, in
her individual compacity;

Defendants.

**8:26CV11**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff Austin E. Lightfeather filed what was docketed as a complaint on January 9, 2026. Filing No. 1. Plaintiff also submitted the $405.00 filing and administrative fees with his complaint. Plaintiff has another civil case in this Court pending before Senior District Judge Joseph F. Bataillon—Case No. 8:25CV713—in which Plaintiff requested leave to proceed in forma pauperis under the immediate danger exception in 28 U.S.C. § 1915(g), but also submitted a partial payment of the filing and administrative fees and indicated he was attempting to pay the remainder of the fees. *See* Filing Nos. 2 & 8, Case No. 8:25CV713. In his current "complaint," Plaintiff indicates the filing relates to his "case originally filed December 8th, 2025," against defendants the "Nebraska Department [of] Correctional Services[,] Physician medical doctor Johnson, in her individual capacity, et al . . . 15 defendants total," Filing No. 1 at 1 (spelling corrected), and asks to "[p]lease add [the filing] to 22 page case filing – December 8, 2025[,] Lightfeather vs. physician Johnson, et al.," *id*. at 3, as "proof of payment," *id*. at 4 (spelling corrected). The complaint in

Case No. 8:25CV713 lists 15 defendants total, including "Nebraska Department Correctional Services medical physician Dr. Johnson," and was signed by Plaintiff on December 8, 2025. *See* Filing No. 11, Case No. 8:25CV713.

Thus, upon examination, the Court believes Plaintiff's pleading in the present case is more properly construed as a supplement to Plaintiff's complaint in Case No. 8:25CV713 and was intended for filing in that case along with Plaintiff's filing fee payment. Accordingly,

IT IS ORDERED that:

1. The Clerk of the Court is directed to close this case for statistical purposes.

2. The Clerk of the Court is directed to file Plaintiff's complaint, Filing No. 1, as a supplement in Case No. 8:25CV713.

3. The Clerk of the Court is further directed to apply the $405.00 filing and administrative fees payment received in this case to the filing and administrative fees Plaintiff owes in Case No. 8:25CV713. If there is an overpayment in Case No. 8:25CV713 as a result, then the Clerk of the Court is directed to apply any overpayment in Case No. 8:25CV713 to any of Plaintiff's past cases in which he owes filing fees.

4. To avoid confusion in the future, any document Plaintiff sends to the Court for filing in Case No. 8:25CV713 must include the correct case number.

Dated this 3rd day of March, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge

2